# INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Peggy Kuo**     Date: **4/21/17**

Magistrate Case Number: **17 M 358**     LOG #: **4:35 – 4:45**

Defendant's Name: **Ruslan Mirvis**

✓ Court appointed counsel.     ___ Defendant retained counsel.

Defense Counsel: **Amanda David**    CJA: ___   FDNY: ✓   RET: ___

A.U.S.A. **Drew Rolle**     Clerk: **M. Sea**

Interpreter: _____     Language: _____

✓ ARRAIGNMENT on Complaint held.    ___ Government Agent Sworn

___ DETENTION HEARING Held:    ___ Government opposed bail for reasons stated on the record.

___ Bond set at _____.    ___ Bond set on consent of both parties.

Defendant: ___ released    ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Preliminary Hearing set for: _____; or    ✓ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

___ Identity hearing held. Court ___ orders removal ___ denies removal

___ Defendant waives: ___ identity hearing ___ preliminary hearing

___ Identity/ Removal Hearing set for: _____

___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____