# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David E. Patton**
*Executive Director and
Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

April 25, 2017

The Honorable Peggy Kuo
United States District Court Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>U.S.A. v. Ruslan Mirvis, 17 MJ 358</u>

Your Honor:

    This is to request that the Court sign the enclosed proposed order to correct an error the Bureau of Prisons has made in Mr. Mirvis' name.

    The Bureau of Prisons (BOP) has Mr. Mirvis in custody under the name of "Ruslan Miruis." This error is making it difficult for Mr. Mirvis to receive family visits, mail, and commissary money. We have confirmed that the government has no objection to this request.

    We therefore respectfully request that the Court sign the enclosed order to correct Mr. Mirvis' name at the BOP.

    Respectfully submitted,

    /s/Amanda David
    Amanda David
    Staff Attorney
    (718) 330-1208