```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA       :

        -against-              :
                                         ORDER
RUSLAN MIRVIS,                 :

           Defendant.          :         17-MJ-358

-------------------------------X
```

Mr. Mirvis is currently incarcerated at the Federal Bureau of Prisons facility at the Metropolitan Detention Center (MDC) under inmate number 90101-053. The name associated with that number however, is "Ruslan Miruis."

Upon the application of defendant Ruslan Mirvis' counsel, Amanda David of the Federal Defenders of New York, Inc., and there being no objection from the Government,

IT IS HEREBY ORDERED that the Bureau of Prisons correct the name associated with Mr. Mirvis' inmate number from "Ruslan Miruis" to Ruslan Mirvis.

DATED:   Brooklyn, New York
         April 26, 2017

                                   SO ORDERED:


                                   S/ Steven L. Tiscione
                                   _____
                                   The Honorable Peggy Kuo
                                   United States Magistrate Judge
                                   Eastern District of New York